**CHARLES J. DeHART III**
STANDING CHAPTER 13 TRUSTEE
8125 ADAMS DRIVE
HUMMELSTOWN PA   17036

TELEPHONE 717-566-6097
FAX 717-566-8313
dehartstaff@pamd13trustee.com

December 7, 2010

Clerk, U.S. Bankruptcy Court

RE: Teresa R. Scranta
    Bankruptcy Case No. 5-05-58409
    Unclaimed Funds For: Waterfield Mortgage
                        7575 Huntington Park Drive
                        Columbus, OH  43235



Dear Clerk:

Enclosed herewith please find check No.1003104 for $5,334.25 drawn on the Fulton Bank representing unclaimed funds for a creditor in the above-referenced bankruptcy.

Should you have any questions or concerns regarding this matter, please feel free to contact our office.

Very truly yours,

Donna Schott

Donna Schott
Assistant Bookkeeper